Opinion filed October 22, 2009











 
 
  
 
 







 
 
  
 
 




Opinion filed October 22,
2009

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                   ___________

 

                                               No. 11-09-00143-CV

                                                    __________

 

                               IN THE INTEREST OF N.I.F., A CHILD

 



 

                                         On
Appeal from the 118th District Court

                                                           Martin
County, Texas

                                                     Trial
Court Cause No. 6159

 



 

                                    M E M O R A N D U M   O P I N I O N

M.A.F.
has filed in this court a motion to dismiss her appeal.  In her motion, she
states that she no longer desires to pursue her appeal.  The motion is granted,
and the appeal is dismissed.

 

PER CURIAM

 

October 22, 2009

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.